IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VAN S. DUCK, Individually and on behalf
of the Wrongful Death Beneficiaries of
GUSSIE DUCK DECEASED            PLAINTIFF

VERSUS        CIVIL ACTION NO: 1:16-CV-135-SA-DAS

CARTHAGE AMBULANCE SERVICE, INC.,
TIMOTHY BLACKWELL, RODNEY
WOODSON, ROGER STEVENSON and
JOHN DOES 1-10              DEFENDANTS

**ORDER DISMISSING CLAIMS AND COMPLAINT
BY REASON OF SETTLEMENT**

  The Court has been advised by counsel for the plaintiff and counsel for the defendant, Roger Stevenson ("Stevenson"), that the claims and complaint of the plaintiff, Van S. Duck and all wrongful death beneficiaries of Gussie Duck, deceased, against Stevenson have been settled, pending determination of heirship and final consummation of the settlement. Therefore, it is not necessary that the complaint against Stevenson remain on the docket of the Court or that Stevenson be required to participate in ongoing litigation activity involving the remaining claims against the other defendants.

  IT IS, THEREFORE, ORDERED, that the claims and complaint of the plaintiff against Roger Stevenson are dismissed without prejudice, pending consummation of the settlement and entry of a final judgment of dismissal with prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

  SO ORDERED, this the 24th day of July, 2017.

            /s/ Sharion Aycock
            UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ HIAWATHA NORTHINGTON, II
   Attorney for Plaintiff

/s/ RONALD L. ROBERTS
   Attorney for Defendant,
   Roger Stevenson

duck v. carthage abulance 116cv135 dism stevenson