**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

VAN S. DUCK, Individually and on behalf
of the Wrongful Death Beneficiaries of
GUSSIE DUCK DECEASED                                      **PLAINTIFF**

VERSUS                          **CIVIL ACTION NO: 1:16-CV-135-SA-DAS**

CARTHAGE AMBULANCE SERVICE, INC.,
TIMOTHY BLACKWELL, RODNEY
WOODSON, ROGER STEVENSON and
JOHN DOES 1-10                                                     **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

This case came on to be heard on the joint motion, <u>ore tenus</u>, of counsel for Plaintiff, Van S. Duck, individually and on behalf of the wrongful death beneficiaries of Gussie Duck, deceased ("Plaintiff"), and Defendant, Roger Stevenson ("Defendant"), to dismiss, with prejudice, the Complaint and any and all claims and causes of action that the Plaintiff has or may have against the Defendant, Roger Stevenson, and the parties having announced that all claims and causes of action against Roger Stevenson have been fully compromised and settled, and that there remain no issues to be litigated by or between the parties not adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that the claims and Complaint of the plaintiff against Roger Stevenson should be dismissed with prejudice with each party to bear their own costs, and Plaintiff and his counsel have agreed to resolve, as part of the agreed settlement between the parties, any and all subrogation, assignment and/or reimbursement claims of Medicare, Medicaid, any insurers, welfare benefit plans, and medical care providers and/or suppliers that exist as a result of the subject accident, and

the Court being further advised in the premises finds that the motion is well taken and should be *granted*.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff's Complaint, and any and all claims and causes of action against the Defendant, Roger Stevenson, be, and the same hereby are, dismissed with prejudice with each party to bear its own costs.

**IT IS FURTHER ORDERED** that Plaintiff and his counsel shall resolve, as part of the agreed settlement between the parties, any and all subrogation, assignment, and/or reimbursement claims of Medicare, Medicaid, any insurers, welfare benefit plans, and medical care providers and/or suppliers that exist as a result of the subject accident that is the basis for this lawsuit.

**SO ORDERED,** this the 11th day of October, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ HIAWATHA NORTHINGTON, II
Attorney for Plaintiff

/s/ RONALD L. ROBERTS
Attorney for Defendant,
Roger Stevenson